Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18–12328–VFP
Chapter:  7
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Normy Sencion Toledo | Juan C. Toledo |
| fka Normy Sencion Herrera | aka Juan Carlos A. Toledo–Lopez |
| 282 Stewart Avenue | 282 Stewart Avenue |
| 2nd Floor | 2nd Floor |
| Kearny, NJ 07032 | Kearny, NJ 07032 |

Social Security No.:
   xxx–xx–2685                          xxx–xx–6363

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Steven P. Kartzman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 15, 2018</u>                   <u>Vincent F. Papalia</u>
                                     Judge, United States Bankruptcy Court